IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **H-E-B, L.P.,** | § | |
| *Plaintiff,* | § | |
| | § | **6:23-CV-00066-ADA-JCM** |
| v. | § | |
| | § | |
| **NINGBO KUER PLASTIC** | § | |
| **TECHNOLOGY CO., LTD., et al,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 14. The report recommends that Plaintiff's Motion for Preliminary Injunction (ECF No. 7) be **GRANTED**. The report and recommendation was filed on April 11, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Plaintiff served the Report and Recommendations on Defendants on April 11, 2023 (ECF No. 15), making April 25, 2023, Defendants' final day to object to the Report and Recommendation. As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 14) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 7) be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Defendants Ningbo Kuer Plastic Technology Co., Ltd.; Ningbo Kuer Kayak Co., Ltd.; Ningbo Kuer Outdoor Products Co., Ltd. (collectively, "Kuer"), and Ningbo Huanhai Marine Supplies Co. ("Huanhai Marine," and collectively with Kuer, "Defendants"), their officers, agents, servants, employees, affiliates, and those in active concert or participation with them, are hereby:

1. Enjoined from directly or indirectly developing, manufacturing, supplying, importing, or otherwise commercializing any coolers with pressure release valve systems, or engaging anyone else to do so on its behalf, anywhere in the United States.

2. Enjoined from marketing coolers with pressure release valve systems to anyone in the United States, including through online retailers such as Amazon or Alibaba.

3. Enjoined from marking, using selling, offering for sale, importing, or distributing in the United States any coolers with any two of the following terms: "pressure," "vacuum," "release," valve," "button," "equalize," or "vent."

4. Ordered to recall all coolers with pressure release valve systems currently possessed by a retailer, or sold and/or distributed in the United States since September 14, 2020 within 28 days of this order.

5. Ordered to destroy all coolers with pressure release valve systems in its possession, custody, or control, as well as any plates, molds, or other means of making coolers with pressure

release valve systems in its possession, custody, or control in the United States within 28 days of this order.

      6. Ordered to document the number of coolers with pressure release valve systems imported into the United States since September 14, 2020 within 14 days of this order. The documentation will include a spreadsheet showing: the date of each shipment, all companies involved in the shipment, all ports and warehouses involved in the shipment, tracking information for each shipment, the recipient's identity, recipient's address, the brand(s) used in each shipment, and for each brand, the capacity(ies), and the quantities of each capacity. The documentation will also include all documents relating to those shipments (including bills of lading, entry documents, invoices, packing lists, contracts, and emails) and organized by each shipment.

**SO ORDERED and SIGNED** this 27th day of April, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE